UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

MATEO LUCAS-MATEO,
a/k/a MATEO LUCAS,
a/k/a LUCAS LOPEZ-MATEO,

        Defendant.

_____/        **INDICTMENT**

      The Grand Jury charges:

## Aggravated Felon Reentry

On or about March 20, 2026, in Kent County, in the Western District of Michigan, Southern Division,

MATEO LUCAS-MATEO,
a/k/a MATEO LUCAS,
a/k/a LUCAS LOPEZ-MATEO,

being an alien who had previously been removed after having been convicted of an aggravated felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(2)
8 U.S.C. § 1101(a)(43)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney