UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                         Hon. Paul L. Maloney

v.

                                         Case No. 1:26-cr-34

MATEO LUCAS-MATEO,

     Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the

Court finds by a preponderance of the evidence that no condition or combination of conditions

will assure Defendant's appearance at trial.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

DONE AND ORDERED on April 15, 2026.

                                        /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        U.S. Magistrate Judge